NEIL S. LERNER, State Bar No. 134031
ARTHUR A. SEVERANCE, State Bar No. 246691
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Fax (310) 979-9244

Attorneys for Defendant,
MANUEL SOTO, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA • SAN DIEGO

| | |
|---|---|
| DAVID SANTOYO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL SOTO, JR., JAMES SILBERMAN, JUAN RAMON SALAZAR, AND DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. 08-CV-1000 W BLM<br><br>Assigned to Hon. Thomas J. Whelan<br>Courtroom 7<br><br>**DEFENDANT MANUEL SOTO, JR.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(1)]<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Date: August 25, 2008<br><br>Filed concurrently with:<br>• Memorandum of Points and Authorities;<br>• Request for Judicial Notice;<br>• Declaration of Arthur A. Severance;<br>• Declaration of Manuel Soto, Jr.; and<br>• Foreign Authorities in Support of Motion to Dismiss |

///

TO EACH PARTY AND THE ATTORNEYS OF RECORD FOR THIS ACTION:

**PLEASE TAKE NOTICE** that on August 25, 2008, or as soon thereafter as counsel may be heard, the Honorable Thomas J. Whelan presiding, Defendant MANUEL SOTO, JR. will and does hereby move the Court to dismiss the Complaint filed by Plaintiff DAVID SANTOYO for a lack of subject matter jurisdiction. Plaintiff's Complaint fails to make allegations required to support admiralty tort jurisdiction and is therefore facially insufficient. Moreover, the jurisdictional allegations in Plaintiff's Complaint are insufficient supported by fact.

This Motion is made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, Defendant's Request for Judicial Notice, Declaration of Arthur A. Severance, Declaration of Manuel Soto, Jr., and the exhibits filed in support of this Motion; the files and records in this action; and any further evidence or argument that the Court may properly receive at or before the hearing.

DATED: July 14, 2008                               SANDS LERNER

                                                   By: _____
                                                   NEIL S. LERNER
                                                   ARTHUR A. SEVERANCE
                                                   Attorneys for Defendant,
                                                   MANUEL SOTO, JR.

Case 3:08-cv-01000-W-BLM   Document 3   Filed 07/14/2008   Page 3 of 5

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **July 14, 2008** I served the foregoing documents described as:

**DEFENDANT MANUEL SOTO, JR.'S NOTICE OF MOTION AND MOTION TO DISMISS**

on the interested parties in this action:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 14, 2008** at Los Angeles, California.

_____
Ruthelene Luckey

1
PROOF OF SERVICE

**SERVICE LIST**
*David Santoyo, Jr. v. Manuel Soto, Jr.*
USDC-Southern (San Diego) Case No. 08-CV-1000 W BLM

| | |
|---|---|
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>7700 Irvine Center Drive, Ste. 955<br>Irvine, CA 92618<br><br>Tel:  949-727-9300<br>Fax:  949-727-9308<br>TF:   877-559-4529 | **Attorneys for Plaintiff,**<br>David Santoyo |
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>420 Exchange, Ste. 970<br>Irvine, CA 92602 | **Attorneys for Plaintiff,**<br>David Santoyo |

2
PROOF OF SERVICE

# Mailing Information for a Case 3:08-cv-01000-W-BLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- (No e-mail recipients)

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samer Habbas
Law Office of Samer Habbas
7700 Irvine Center Drive
Suite 955
Irvine, CA 92618
```