E                                                                    F

(TRIGO MOUNTAINS)          30'

R 23 E          R 22 W                                    R 21 W

Little Picacho Peak

IMPERIAL NATIONAL WILDLIFE REFUGE

Landing Strip

Martinez Lake

Fishers Landing
Landing Strips

MOUNTAINS

LITTLE PICACHO

Castle Dome Landing (Site)

WILDERNESS

IMPERIAL CO
YUMA CO

DANGER LIVE FIRE TRAINING AREA
PUBLIC ACCESS BY PERMIT ONLY

IMPERIAL RESERVOIR

Senator Wash Reservoir

Squaw Lake

Hess Mine

Fuel
Hidden Shores

Desilting Tanks

IMPERIAL DAM
Gaging Station

Water Tank
Gaging Station

Yuma Test Station

Imperial Dam LTVA

Colorado River Recreation Sites
Rio Mine

MITTRY LAKE
WILDLIFE AREA

Three C Mine

CALIFORNIA

Potholes (Site)

Mittry Lake

LAGUNA DAM

Bettys Kitchen

CALIFORNIA
ARIZONA

Koni Corner

Sugarloaf

Laguna

Mountains

Bard

Ross Corner

RVATION