

# COLORADO RIVER

# BOATING TRAIL GUIDE

BLYTHE TO IMPERIAL DAM

*A Publication of the California Department of Boating and Waterways*

# The Colorado River

## Canoeing from Blythe to Imperial Dam

The 1974 Recreational Trails Act recognized the need to provide for increased recreational boating opportunities on California's rivers by designating specific rivers for study as boating trails. The California Department of Boating and Waterways has published this Boating Trail Guide, with the cooperation of other agencies, to provide basic information which will assist you in planning a safe and enjoyable trip.

Lands along the shoreline are owned and managed by various entities, public and private. When facing downstream, usually the land to the river-right is in California, while Arizona is at river-left. However, due to levee work and the river's tendency to change course, some portions of Arizona are now on both sides of the river.

The U.S. Fish and Wildlife Services manages the Cibola and Imperial National Wildlife Refuges, primarily for migratory waterfowl. Overnight camping is prohibited on these refuges. The remainder of federal property is managed by BLM's Yuma District Office for a variety of land uses. Picacho State Recreation Area, which is also adjacent to the river, is managed by the California Department of Parks and Recreation.

The U.S. Bureau of Reclamation is responsible for controlling water flows. For information regarding expected flows, contact the bureau in Yuma or Boulder City (see back cover for contact information).

Fishing is very good on the river and in some backwater areas. Regulations and information are available from the California Department of Fish and Game, (909) 597-9823, and the Arizona Department of Game and Fish, (602) 942-3000.

## Safe Boating and River Hints

River Canoeing... Since the river current is swift and therefore potentially dangerous, river travel should be a team effort involving at least three boats. Never boat alone. For more information on canoeing safety, see the Department of Boating and Waterways pamphlet *Safe Boating Hints for Paddle Craft*, viewable on our web site at www.dbw.ca.gov.

Life Jackets... U.S. Coast Guard-approved life jackets are required by federal and state law to be carried for each person aboard a canoe, kayak, inflatable raft or other type of watercraft. Non-swimmers and children should wear a life jacket at all times. By law, children under the age of 12 must wear a life jacket on a vessel of 26 feet or less, while under way.

Hazards... Be alert for submerged hazards such as sandbars, rocks, snags, and other river debris. Visibility of hazards varies with water level

2

fluctuations.

Powerboats... Canoeists will be sharing the river with numerous powerboats. The wakes created by powerboats can be quite large. To prevent possible swamping, canoeists



should enter these wakes at a slight angle to the wave.

Water... Dehydration is a danger. Potable water, available at only a few locations, should be carried, at least a gallon per person per day. To make river water potable, boil it for 10-20 minutes, or use halizone tablets.

Caution... Late Spring, summer and early fall air temperatures usually exceed 100°F. Boaters should plan their trips carefully to guard against exposure to extreme temperatures. Between November and June, the desert is cold at night, with drops in temperature of 30-40 degrees.

Parking... Boaters should check with the managers of marinas or camping areas for preferable parking locations.

Boat Ramps... Do not block access to boat ramps. Canoes should be beached at either the upstream or downstream side of the boat ramps to permit launching and retrieval without congestion.

Pitch In... The beauty of this river



can best be preserved by its users. Pitch in and do your part to keep it clean. Take waterproof trashbags along and boat out what you boat in.

Lights... After sunset, a light which shines 360 degrees and is visible for two miles must be displayed by manually propelled craft. Powerboats must display all lights required by state and federal law. (See the Department pamphlet *The ABCs of California Boating Law.*)

Float Plan... Boaters should leave word with a responsible person regarding their route and expected date of return.

## Guide Maps

From Blythe to Imperial Dam, the river flows approximately 76 miles. Although the run does not have any whitewater rapids, the current is fast moving and averages 5 mph. Boat trips longer than 76 miles may be planned by entering the river upstream from Blythe or by continuing downstream from Imperial Dam. However, shorter trips are also possible. The following maps will illustrate some of the launch areas and take-out points, as well as some of the navigable side channels. The river mileage indicated on the guide maps is from the I-10 Bridge



3





## Legend

| | | |
|---|---|---|
| River Flow | | Portage |
| River Mile | | Boat Launch Ramp |
| Wildlife Refuge Boundary | | Camping - NO FEE |
| State Recreation Area Boundary | | Camping - FEE CHARGED |



To Mayflower Co. Park (Approx. 7 miles upstream)

I-10 Fwy
To Quartzsite
To Blythe - 3 Miles
Ehrenberg
To S. Intake Blvd.
I-10 Bridge

Colorado
Riviera Dr.

CALIFORNIA

A-7
A-7

A-7

3

4

5

6

A-7

S. Intake
To I-10 Fwy.
Blvd.

**1**

## MAYFLOWER COUNTY PARK

Many canoeists start their trip at this park. A shaded picnic area overlooks the river.

**2**

## RIVIERA BLYTHE MARINA

This privately operated campground is located south of and adjacent to the I-10 freeway on the California side of the river. There is a $7 per boat fee to launch.

**3**

## A-7 BLM Land

Primitive boat launching ramp.

Lake
Wash
River
Weaver
Wash
ARIZONA

N

0        0.5        1
**Scale In Miles**

Trigo
Wash

5



**C - 8**

S. Intake Blvd.

To I-10 Fwy.

1

Peter McIntyre County Park

8

Petes Wash

Ave.

9

26th

To Hwy. 78

Petes Wash

10

Mohave Wash

**CALIFORNIA**

**ARIZONA**

Road

11

2

**C-10**

12

13

14

---

1 **PETER McINTYRE**

A well-developed site with potable water, supplies and canoe rental available. (Riverside County)

2 **MOHAVE WASH**

The three jetties at this mouth provide campsites. A national historic landmark, the Ripley intaglios are large drawings made by aboriginal inhabitants. They are located on the bluffs.

N

| 0 | 0.5 | 1 |

Scale In Miles

6

# GUIDE MAP 3



**MULE WASH**

**HORACE MILLER COUNTY PARK**
An unpaved road provides access to this undeveloped riverfront area. (Riverside County)

**TAYLOR FERRY**
Old, disused cable ferry still crosses river.

**GOULD WASH**
A popular day use area.

**CIBOLA FARMERS BRIDGE**
Private land. First vehicle crossing south of Blythe.

0     0.5     1
**Scale In Miles**

GUIDE MAP 4



**1**

## PALO VERDE OXBOW INLET

A portage may be made over the levee into Oxbow Lake. Palo Verde Park (Imperial County) is located on the lake shore. Restrooms are available. The fishing is reported to be good. This area is closed to water skiing.

**3**

## OLD RIVER CHANNEL

Managed as a wildlife refuge, the unmarked, very difficult and long portage requires extreme caution. The shallow, 11-mile channel has no current and portions are clogged with cattails. Camping is not permitted so allow sufficient daylight to reach the next camping area. (See continuation of channel on map 5, page 9.)

**2**

## PALO VERDE OXBOW OUTLET

Located just below the Oxbow Bridge. A portage is necessary to return to the river. Many canoe and float parties begin their trips at this point. Restrooms and R.V. camping are available.

Levee
To Palo Verde - 2 miles
Palo Verde
Palo Verde
Oxbow Lake
Levee
Palo Verde County Park
Oxbow Bridge
Lagoon
ARIZONA
Road
Colorado
78
Private Land - No Tresspasing
Road
CIBOLA NATIONAL WILDLIFE REFUGE
Cibola N W R Head-quarters
CALIFORNIA
Lagoon
CIBOLA NATIONAL WILDLIFE REFUGE
Verde
River
C N W R
Levee
Palo
Old River Channel
C.N.W.R.

0     0.5     1
**Scale In Miles**

**8**



# WALTER'S CAMP

A privately owned concession on public (BLM) lands. Located near the lower end of the old river channel. To reach Walter's Camp via the new channel requires entering the outlet of the old channel and paddling upstream about one mile. This is a good take-out point for those wanting a short trip from Blythe. Supplies are available.



To Walter's Camp

*Old River Channel*

CIBOLA

NATIONAL

*Cibola Lake*

Colorado

To Hwy 78

35

36

Adobe Ruins

WILDLIFE

**ARIZONA**

37

**CALIFORNIA**

**1**

REFUGE

**REFUGE BOUNDARY**

Walker Lake

**BLM Land**

**1**

IMPERIAL

The south end of the Cibola NWR is the Northern boundary of the Imperial NWR. Overnight camping is prohibited within the refuge between Walker Lake and Picacho State Recreation Area. Trips should be planned accordingly. (It is approximately 10 miles to the north end of the Picacho State Recreation Area boundary and approximately 8 miles further to the main camp site. See number 17, map 8.)

38

IMPERIAL

NATIONAL

39

NATIONAL

**N**

WILDLIFE

0       0.5       1
**Scale In Miles**

River

40

WILDLIFE

REFUGE

Draper Lake

REFUGE

41





GUIDE MAP 9





## IMPERIAL NWR

Ends on the California side of the river. Camping is permitted in California beyond this point.

## FERGUSON LAKE

Heavily used day-use area, popular for fishing. Dispersed camping only.

## BACKWATER

## MARTINEZ LAKE RESORT

Many trips end at this well-developed private marina. Supplies, canoe rentals, and restrooms are available.

## FISHER'S LANDING

A popular take-out point. Restrooms and supplies are available.

## ARIZONA CHANNEL

To avoid water skiers, many canoeists take the channel for about 4 miles.



**CALIFORNIA**

Senator Wash Reservoir

Colorado

73

74

**ARIZONA**

**NOTE:**
*During periods of high water, all boating use is prohibited in main river channel below Squaw Lake to Imperial Dam.*

Squaw Lake

River

75

Imperial Res.

Side Channel

Road

**1**

**2**

Spillway

**3**

**IMPERIAL DAM**

**① SQUAW LAKE RECREATION SITE**

Heavily used take-out point on the California side of the river. Restrooms are available. (BLM) Showers; tent camping. Popular area for PWC and water skiing. DBW-funded cartop boat ramp.

West Pond

Road

S 24

**CALIFORNIA**

River

**ARIZONA**

To Winterhaven and I-8

Colorado

**2** PHIL SWING PARK

A small grassy area with restrooms and trees — located at the west end of Imperial Dam. `All boating is discouraged in this area because of treacherous currents near the dam.`

**3** HIDDEN SHORES R.V. VILLAGE

$A

A privately operated concession on public land. It is the last take-out area. Supplies are available. Access during high water by side channel only. (See note, above.)

To Hwy. 95

**N**

0        0.5        1
**Scale In Miles**

15

## CALIFORNIA

**Department of Fish & Game**
14700 South Broadway
Blythe, CA 92225
(760) 922-6508

**Department of Parks & Recreation**
Picacho State Recreation Area

Field Office
P.O. Box 848
Winterhaven, CA 92283
(760) 996-2963

Headquarters
(760) 393-3059

**Imperial County Sheriff's**
**Substation**
513 2nd Ave.
Winterhaven, CA 92283
(760) 572-0229

**Parks Department**
**County of Riverside**
39000 Main St.
Riverside, CA 92522
(909) 826-2000

**Riverside Sheriff's**
**Substation Blythe**
Patrol Boat
260 N. Spring St.
Blythe, CA 92225
(760) 921-7900

## ARIZONA

**Game & Fish Department**
9140 E. 28th St.
Yuma AZ, 85365
(928) 342-0091

**La Paz County Sheriff's Office**
P.O. Box BF
Parker AZ, 85344
(928) 669-2281

**Yuma County Sheriff's Office**
41 S. Third Ave.
Yuma AZ, 85364
(928) 783-4427

## FEDERAL AGENCIES

**Bureau of Land Management**
Yuma Field Office
2555 Gila Ridge Rd.
Yuma, AZ 85365
(928) 317-3200

**Bureau of Reclamation**
Lower Colorado Regional Office
P.O. Box 427
Boulder City, NV 89005
(702) 293-8557

**Bureau of Reclamation**
Yuma Area Office
7301 Calle Agua Salada
Yuma, AZ 85364
(928) 343-8133

**Fish & Wildlife Service**
**Imperial National Wildlife Refuge**
P.O. Box 72217
Martinez Lake, AZ 85365
(928) 783-3371

PRIVATE

**Fisher's Landing**
Star Route 4, Box 45
Yuma, AZ 85365
(928) 782-7049

**Hidden Shores R.V. Park**
Star Route 4, Box 40
Yuma, AZ 85365
(928) 783-1448

**Martinez Lake Marina**
Star Route 4, Box 41
Martinez Lake, AZ 85365
(928) 783-9589

**McIntyre Park**
8750 East 26th Ave.
Blythe, CA 92225
(760) 922-8205

**Riviera-Blythe Marina**
14100 Riviera Dr.
Blythe, CA 92225
(760) 922-5350

**Walter's Camp**
P.O. Box 31
Palo Verde, CA 92266
(760) 854-3322



Published by:

**California Department**
**of Boating and Waterways**
2000 Evergreen Street,
Suite 100
Sacramento, CA
95815-3888
(916) 263-1331
www.dbw.ca.gov

**State of California**
**Resources Agency**

**Gray Davis,**
Governor,
State of California
**Mary D. Nichols,**
Secretary for Resources
**Raynor Tsuneyoshi,**
Director,
Department of Boating
and Waterways