NEIL S. LERNER, State Bar No. 134031
ARTHUR A. SEVERANCE, State Bar No. 246691
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Fax (310) 979-9244

Attorneys for Defendant
MANUEL SOTO, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA • SAN DIEGO

| | |
|---|---|
| DAVID SANTOYO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANUEL SOTO, JR., JAMES SILBERMAN, JUAN RAMON SALAZAR, AND DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. 08-CV-1000 W BLM<br><br>Assigned to Hon. Thomas J. Whelan<br>Courtroom 7<br><br>**DECLARATION OF ARTHUR A. SEVERANCE** |

I, Arthur A. Severance, declare as follows:

　　1.　I am an attorney at law duly licensed to practice before all the courts in the State of California and before the United States District Court for the Southern District of California.

　　2.　I am an associate in the law firm of Sands Lerner, attorneys of record for Defendant MANUEL SOTO, JR.

　　3.　I have personal knowledge of and would competently testify to the matters set forth herein, if called to do so.

///

4. Exhibit "A" to this Declaration is a true and correct copy of the Law Report of the Imperial County Sherriff's Office by Deputy R.W. McCoy, Badge No. 533, of the Imperial County Sheriff's Department.

5. Exhibit "B" to this Declaration is a true and correct copy the 2007 Surface Management Status 1:100,000-Scale Topographic Map published by the United States Department of the Interior, Bureau of Land Management for Yuma, Arizona.

6. Exhibit "C" to this Declaration is a true and correct copy of <u>Colorado River Boating Trail Guide: Blythe to Imperial Dam</u>, published by the California Department of Boating and Waterways, available at http://ww.dbw.ca.gov/Pubs/BlythetoImperial/-BlythetoImperial.pdf (last accessed July 14, 2008).

7. Exhibit "D" to this Declaration is a true and correct copy of the United States Department of the Interior, Bureau of Reclamation website "Colorado River Front Work and Levee System," available at http://www.usbr.gov/dataweb/html/fwls.html (last accessed July 14, 2008).

8. Exhibit "E" to this Declaration is a true and correct copy of a press release issued by the United States Department of the Interior, Bureau of Reclamation, on September 10, 2004, titled "Senator Wash Dam Repairs Will Help Conserve Colorado River Water," available at http://www.usbr.gov/newsroom/newsrelease/detail.cfm?RecordID=1583 (last accessed July 14, 2008).

9. Exhibit "F" to this Declaration is a true and correct copy of the United States Department of the Interior, Bureau of Reclamation report Annual Operating Plan for Colorado River Reservoirs (2006), available at http://www.usbr.gov/lc/region/g4000/AOP2006/-aop06_final.pdf (last accessed July 24, 2008).

10. Exhibit "G" to this Declaration is a true and correct copy of letters sent to Plaintiff DAVID SANTOYO's attorney Sammer Habbas, Esq., regarding the defense of primary assumption of the risk and the fact that Senator Wash Reservoir does not constitute navigable waters for the purpose of determining admiralty tort jurisdiction.

///

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct, and that this declaration is executed on this _14th_ day of July
3  2008 in Los Angeles, California.
4  DATED:                                    By: _____
5                                                ARTHUR A. SEVERANCE

SANDS LERNER
12400 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: 310-979-9144

3                                               08-CV-1000 W BLM
DECLARATION OF ARTHUR A. SEVERANCE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **July 14, 2008** I served the foregoing documents described as:

### DECLARATION OF ARTHUR A. SEVERANCE

on the interested parties in this action:

### See attached Service List

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 14, 2008** at Los Angeles, California.

_____
Ruthelene Luckey

1
PROOF OF SERVICE

**SERVICE LIST**
*David Santoyo, Jr. v. Manuel Soto, Jr.*
USDC-Southern (San Diego) Case No. 08-CV-1000 W BLM

| | |
|---|---|
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>7700 Irvine Center Drive, Ste. 955<br>Irvine, CA 92618<br><br>Tel:  949-727-9300<br>Fax:  949-727-9308<br>TF:   877-559-4529 | **Attorneys for Plaintiff,**<br>David Santoyo |
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>420 Exchange, Ste. 970<br>Irvine, CA 92602 | **Attorneys for Plaintiff,**<br>David Santoyo |

# Mailing Information for a Case 3:08-cv-01000-W-BLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- (No e-mail recipients)

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Samer Habbas**
Law Office of Samer Habbas
7700 Irvine Center Drive
Suite 955
Irvine, CA 92618