NEIL S. LERNER, State Bar No. 134031
ARTHUR A. SEVERANCE, State Bar No. 246691
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Fax (310) 979-9244

Attorneys for Defendant
MANUEL SOTO, JR.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA • SAN DIEGO

| | |
|---|---|
| DAVID SANTOYO,<br><br>Plaintiff,<br><br>vs.<br><br>MANUEL SOTO, JR., JAMES SILBERMAN, JUAN RAMON SALAZAR, AND DOES 1 TO 10,<br><br>Defendants. | Case No. 08-CV-1000 W BLM<br><br>Assigned to Hon. Thomas J. Whelan<br>Courtroom 7<br><br>**DEFENDANT MANUEL SOTO, JR.'S REQUEST FOR JUDICIAL NOTICE** |

Defendant Manuel Soto, Jr., by and through his attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. The body of water called Senator Wash Reservoir is located entirely within the State of California and is completely land-locked. Attached hereto as Exhibit A is a copy of a map from the United States Department of the Interior, Bureau of Land Management, which depicts the location of Senator Wash Reservoir at coordinates E2 to F2, entirely west of the Arizona-California border.

///
///

1

08-CV-1000 W BLM

**DEFENDANT MANUEL SOTO, JR.'S REQUEST FOR JUDICIAL NOTICE**


2. The Court of Appeals of Arizona has found that Senator Wash Reservoir is located in the State of California and is used for swimming. Attached hereto as Exhibit B is a copy of the court's opinion in Cano v. Neill, 473 P.2d 487 (Ariz. Ct. App. 1970).

3. The characteristics of Senator Wash Reservoir and Senator Wash Dam as set forth by the United States Department of the Interior, Bureau of Reclamation. Attached hereto as Exhibit C is the Bureau of Reclamation Annual Operating Plan for Colorado River Reservoirs (2006), available at http://www.usbr.gov/lc/region/g4000/AOP2006/-aop06_final.pdf (last accessed July 24, 2008), which sets forth the characteristics of Senator Wash Reservoir on page 24. Attached hereto as Exhibit D is a copy of the Bureau of Reclamation website "Colorado River Front Work and Levee System," available at http://www.usbr.gov/dataweb/html/fwls.html (last accessed July 14, 2008), which sets forth the characteristics of Senator Wash Dam and Senator Wash Reservoir on pages 5 to 6 of the printout.

DATED: July 14, 2008

SANDS LERNER

By: _____
NEIL S. LERNER
ARTHUR A. SEVERANCE
Attorneys for Defendant,
MANUEL SOTO, JR.

**DEFENDANT MANUEL SOTO, JR.'S REQUEST FOR JUDICIAL NOTICE**

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **July 14, 2008** I served the foregoing documents described as:

**DEFENDANT MANUEL SOTO, JR.'S REQUEST FOR JUDICIAL NOTICE**

on the interested parties in this action:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 14, 2008** at Los Angeles, California.

_____
Ruthelene Luckey

1
PROOF OF SERVICE

**SERVICE LIST**
*David Santoyo, Jr. v. Manuel Soto, Jr.*
USDC-Southern (San Diego) Case No. 08-CV-1000 W BLM

| | |
|---|---|
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>7700 Irvine Center Drive, Ste. 955<br>Irvine, CA  92618<br><br>Tel:   949-727-9300<br>Fax:  949-727-9308<br>TF:   877-559-4529 | **Attorneys for Plaintiff,**<br>David Santoyo |
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>420 Exchange, Ste. 970<br>Irvine, CA  92602 | **Attorneys for Plaintiff,**<br>David Santoyo |

2
PROOF OF SERVICE

# Mailing Information for a Case 3:08-cv-01000-W-BLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- (No e-mail recipients)

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Samer Habbas
Law Office of Samer Habbas
7700 Irvine Center Drive
Suite 955
Irvine, CA 92618
```