AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 3:08-CV-1000-W-BLM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DEFENDANT MANUEL SOTO, JR.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | _[signature]_ |
| Date | Signature |
| | NEIL S. LERNER — 134031 |
| | Print Name / Bar Number |
| | SANDS LERNER 12400 WILSHIRE BLVD., STE. 1300 |
| | Address |
| | LOS ANGELES, CA 90025 |
| | City / State / Zip Code |
| | (310) 979-9144 / (310) 979-9244 |
| | Phone Number / Fax Number |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **July 17, 2008** I served the foregoing documents described as:

### APPEARANCE OF NEIL S. LERNER

on the interested parties in this action:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 17, 2008** at Los Angeles, California.

*Charles Davies*
Charles Davies

# SERVICE LIST
*David Santoyo, Jr. v. Manuel Soto, Jr.*
USDC-Southern (San Diego) Case No. 08-CV-1000 W BLM

| | |
|---|---|
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>7700 Irvine Center Drive, Ste. 955<br>Irvine, CA 92618<br><br>Tel:   949-727-9300<br>Fax:   949-727-9308<br>TF:    877-559-4529 | **Attorneys for Plaintiff,**<br>David Santoyo |
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>420 Exchange, Ste. 970<br>Irvine, CA 92602 | **Attorneys for Plaintiff,**<br>David Santoyo |

2
PROOF OF SERVICE