NEIL S. LERNER, State Bar No. 134031
ARTHUR A. SEVERANCE, State Bar No. 246691
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144
Fax (310) 979-9244

Attorneys for Defendant,
MANUEL SOTO, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA ● SAN DIEGO

| | |
|---|---|
| DAVID SANTOYO,<br><br>   Plaintiff,<br><br>vs.<br><br>MANUEL SOTO, JR., JAMES SILBERMAN, JUAN RAMON SALAZAR, AND DOES 1 TO 10,<br><br>   Defendants. | Case No. 3:08-CV-1000 W BLM<br><br>Assigned to Hon. Thomas J. Whelan<br>Courtroom 7<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff DAVID SANTOYO ("PLAINTIFF") and Defendant MANUEL SOTO, JR. ("DEFENDANT") have reached a full and final settlement of the claims between them in the above-captioned matter.

///
///
///
///
///
///

1  DEFENDANT requests that the Court take DEFENDANT's Motion to Dismiss off-
2  calendar pending the final disposition of the claims between PLAINTIFF and DEFENDANT,
3  which they expect to accomplish within 30 days.

5  DATED: August 13, 2008         SANDS LERNER
6                                 By: _____
7                                 NEIL S. LERNER
                                   ARTHUR A. SEVERANCE
8                                  Attorneys for Defendant,
                                   MANUEL SOTO, JR.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 12400 Wilshire Boulevard, Suite 1300, Los Angeles, California, 90025.

On **August 13, 2008** I served the foregoing documents described as:

**NOTICE OF SETTLEMENT**

on the interested parties in this action:

**See attached Service List**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FACSIMILE) I am responsible for service by facsimile to the above addresses.

☐ (PERSONAL) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDERAL EXPRESS) I am responsible for service by Federal Express to the above address with guaranteed delivery by 10:00 a.m. on _____.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 13, 2008** at Los Angeles, California.

_____
Ruthelene Luckey

## SERVICE LIST
*David Santoyo, Jr. v. Manuel Soto, Jr.*
USDC-Southern (San Diego) Case No. 3:08-CV-1000 W BLM

| | |
|---|---|
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>7700 Irvine Center Drive, Ste. 955<br>Irvine, CA 92618<br><br>Tel: 949-727-9300<br>Fax: 949-727-9308<br>TF: 877-559-4529 | **Attorneys for Plaintiff,**<br>David Santoyo |
| Samer Habbas, Esq.<br>LAW OFFICES OF SAMER HABBAS<br>420 Exchange, Ste. 970<br>Irvine, CA 92602 | **Attorneys for Plaintiff,**<br>David Santoyo |

# Mailing Information for a Case 3:08-cv-01000-W-BLM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Neil S Lerner**
  nsl@sandslerner.com,cd@sandslerner.com

- **Arthur Alan Severance**
  aas@sandslerner.com,cd@sandslerner.com,nsl@sandslerner.com,artseverance@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Samer Habbas**
Law Office of Samer Habbas
7700 Irvine Center Drive
Suite 955
Irvine, CA 92618