UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SANTOYO,<br><br>                 Plaintiff,<br>vs.<br><br>MANUEL SOTO, JR. et al.,<br><br>                 Defendants. | CASE NO. 08-CV-1000 W (BLM)<br><br>**ORDER TAKING DEFENDANT'S MOTION TO DISMISS OFF CALENDAR**<br>**(Doc. No. 3)** |

On July 14, 2008 Defendant Manuel Soto, Jr. ("Defendant") moved to dismiss this case for lack of subject matter jurisdiction. (Doc. No. 3.) On August 13, 2008 Defendant submitted a notice of settlement and requested that the Court take his pending motion to dismiss off calendar pending final disposition of Plaintiff David Santoyo's claims. (Doc. No. 5.) Good cause showing, the Court hereby **ORDERS** that Defendant's motion be taken off calendar. The case shall remain open pending notice or joint motion of final settlement.

**IT IS SO ORDERED.**

DATED: August 13, 2008

                                                              Hon. Thomas J. Whelan
                                                             United States District Judge